1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

FRANK DIXON,                              )   Case No. 2:22-cv-09135-AB-JDE

12

                Petitioner,         )   JUDGMENT

13

                                )

14

                v.                  )

15

UNKNOWN,                                  )

16

                Respondent.          )

17

_____

18
19

       Pursuant to the Order Summarily Dismissing Petitioner for Writ of

20

Habeas Corpus,

21

       IT IS ADJUDGED that the operative Petition is denied and this action

22

is dismissed without prejudice.

23
24

Dated: March 6, 2023

25
26

_____

27

ANDRÉ BIROTTE JR.
United States District Judge

28